THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent, against SAM ROSENSHEIN et al., as Assessors of the Town of Fallsburgh, Sullivan County, et al., Appellants.

Submitted April 3, 1950; decided April 13, 1950.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 74.]